**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR34** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RICKY J. CLAPP,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's unopposed motion to destroy or otherwise dispose of returned exhibits (Filing No. 59).

Although the motion will be granted, the Court notes that the local rule relied on by the government, NELR 79.1(c), is no longer in effect. Similarly, the general order relied on, No. 2001-05, was rescinded on August 6, 2004, and has been superseded by NECrimR 55.1. www.ned.uscourts.gov/localrules/index.html.

IT IS ORDERED that the government's motion to destroy or otherwise dispose of returned exhibits (Filing No. 59) is granted.

DATED this 15th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge